IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BARNSTEAD THERMOLYNE CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) CIVIL ACTION NO. CV05-1021LRR ) |
| PALL CORPORATION, a New York corporation, | ) ) ) |
| Defendant | ) |

_____

**NOTICE OF DISMISSAL**
_____

Plaintiff, Barnstead Thermolyne Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismiss without prejudice the causes of action in its Complaint. This dismissal is filed without prejudice since no Answer to any of the causes of action has been filed by the defendant.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Holtman | /s/ Aaron T. Olejniczak |
| Stephen J. Holtman | George H. Solveson |
| Simmons, Perrine, Albright & Ellwood P.L.C. | Aaron T. Olejniczak |
| | Andrus, Sceales, Starke & Sawall, LLP |
| 115 3rd Street SE, Suite 1200 | 100 East Wisconsin Avenue, Suite 1100 |
| Cedar Rapids, IA 52401 | Milwaukee, WI 53202 |
| 319-366-7641 | 414-271-7590 |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Chad R Anderson
    Faegre & Benson
    801 Grand Avenue
    Suite 3100
    Des Moines, IA 50309

    Stephen J Holtman
    Simmons Perrine Albright Ellwood
    115 Third Street SE, Suite 1200
    Cedar Rapids, IA 52401-1266

    Aaron T Olejniczak
    Andrus, Sceales, Starke & Sawall, LLP
    100 East Wisconsin Avenue, Suite 1100
    Milwaukee, WI 53202

    George H Solveson
    Andrus, Sceales, Starke & Sawall, LLP
    100 East Wisconsin Avenue, Suite 1100
    Milwaukee, WI 53202

    /s/ Aaron T. Olejniczak
    Aaron T. Olejniczak, Bar No. 1034997
    Attorneys for Plaintiffs
    Andrus, Sceales, Starke & Sawall, LLP
    100 East Wisconsin Avenue, Suite 1100
    Milwaukee, Wisconsin 53202
    Telephone: 414-271-7590
    Fax: 414-271-5770
    E-mail: aarono@andruslaw.com